IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TESFALDET G. YEHDEGO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CV-216-Z-BR |
| | § | |
| KLODJAN PREK GJOKAJ *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On January 21, 2022, the United States Magistrate Judge entered a Findings, Conclusions, and Recommendation ("FCR") to Dismiss Without Prejudice (ECF No. 14). No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court **ADOPTS** the Magistrate Judge's FCR. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**SO ORDERED**.

February 26, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE